Entered on Docket
January 27, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

GREGORY L. WILDE, ESQ.
Nevada Bar No. 004417
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone (702) 258-8200
bk@wildelaw.com

Attorney for Secured Creditor

Relodae

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-S-09-19123-lbr |
|---|---|
| Gerardo Cano-Viquez | Date: November 9, 2009<br>Time: 9:30 AM |
| | Chapter 13 |
| Debtor. | |

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THE COURT having reviewed the briefs filed by the respective parties, having considered the oral argument, and having reviewed all other pleadings before it, rules as follows:

1   The Secured Creditor has not provided evidence to the court of a diminution in property value
2   pursuant to the <u>In Re: Timbers case</u>, warranting on Order Vacating Stay.
3   The Secured Creditor has not convinced the court that a proposed monthly payment of ".25" of the
4   value of the subject property does not cover any diminution in value while waiting for a decision on a loan
5   modification request.
6   The Secured Creditor has not convinced the court that a monthly payment of ".25" of the subject
7   property's value necessarily denotes an improbability of successful reorganization inasmuch as the decision
8   of whether or not a loan modification is granted is in the hands of the Secured Creditor.
9   The Court further holds that a plan that proposes to pay a monthly payment of ".25" of the subject
10  property's value is not on its face a plan proposed in violation of 11 U.S.C. 1322(b)(2).
11  Other findings made by the Court are found on the record and incorporated herein.
12  THEREFORE, the Secured Creditor's motion for relief from the automatic stay is denied without
13  prejudice.
14  DATED this _____ day of _____, 2009.

Submitted by:
WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED                          APPROVED / DISAPPROVED


By_____                     By_____
Christopher Griffin
Haines and Krieger                              Kathleen A. Leavitt
Attorney for Debtor(s)                          Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor